# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SHER ANN WILSON,

            Plaintiff,

   v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

            Defendant.

Case No.  CV 16-08975-RAO

**JUDGMENT OF REMAND**

     In accordance with the Memorandum Opinion and Order filed concurrently herewith,

     IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED:    November 9, 2017

                                   _____

                                 ROZELLA A. OLIVER
                                 UNITED STATES MAGISTRATE JUDGE